```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

RONALDO LEE BRAGA,

                    Plaintiff,

           - against -                                              ORDER
                                                                    21-CV-2602 (RPK)
N.Y.C. POLICE DEPARTMENT; NEW YORK
CITY TRANSIT BUREAU; and TRANSIT
ADJUDICATION AUTHORITY BUREAU,

                    Defendants.
------------------------------------------------------------X
```

RACHEL P. KOVNER, United States District Judge:

*Pro se* plaintiff Ronaldo Lee Braga has filed a complaint and application to proceed *in forma pauperis* ("IFP"). *See* IFP Application (Dkt. #2). Neither plaintiff's complaint nor his IFP application included plaintiff's signature as required by Federal Rule of Civil Procedure 11.

On May 10, 2021, the Clerk of Court sent plaintiff a Notice of Deficient Filing. *See* Notice at 1 (Dkt. #3). That notice instructed plaintiff that he was required to return his complaint and IFP application with his signature in the places that the Clerk of Court marked. *See ibid*. The notice stated that if plaintiff did not return the enclosed papers within 14 days from the date of the letter, his case would "not proceed and may be dismissed." *See ibid*.

To date, plaintiff has not returned a signed copy of his complaint or IFP application. In light of plaintiff's *pro se* status, the Court grants plaintiff an additional 30 days from the date of this order to return a signed complaint and IFP application.

The Clerk of Court is respectfully directed to send plaintiff a copy of his complaint and IFP application along with this order and to indicate where he must sign. Plaintiff may contact the Pro Se Office at 718-613-2665 for assistance. If plaintiff fails to comply with this order within the time allowed, this action will be dismissed.

SO ORDERED.

*/s/ Rachel Kovner*
RACHEL P. KOVNER
United States District Judge

Dated: Brooklyn, New York
June 21, 2021