UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
───────────────────────────────── X

RONALDO LEE BRAGA,

        Plaintiff,

  - against -                              ORDER
                                              21-CV-2602 (RPK)
N.Y.C. POLICE DEPARTMENT; NEW YORK
CITY TRANSIT BUREAU; and TRANSIT
ADJUDICATION AUTHORITY BUREAU,

        Defendants.
───────────────────────────────── X

RACHEL P. KOVNER, United States District Judge:

    *Pro se* plaintiff Ronaldo Lee Braga has filed a complaint and application to proceed *in forma pauperis* ("IFP"). *See* Compl. (Dkt. #1); IFP Application (Dkt. #2). Neither plaintiff's complaint nor his IFP application included plaintiff's signature as required by Federal Rule of Civil Procedure 11.

    On May 10, 2021, the Clerk of Court sent plaintiff a Notice of Deficient Filing. *See* Notice at 1 (Dkt. #3). That notice instructed plaintiff that he was required to return his complaint and IFP application with his signature in the places that the Clerk of Court marked. *See ibid*. The notice stated that if plaintiff did not return the enclosed papers within 14 days from the date of the letter, his case would "not proceed and may be dismissed." *See ibid*. Plaintiff did not return a signed copy of his complaint or IFP application within that time.

    On June 21, 2021, the Court granted plaintiff an additional 30 days to return a signed complaint and IFP application. The Court warned plaintiff that failure to comply would result in dismissal. *See* Order Dated June 21, 2021 (Dkt #5). The order and copies of the unsigned complaint and IFP application were mailed to plaintiff at his address of record.

Although plaintiff has since submitted a letter concerning matters unrelated to his complaint (Dkt. #6) and a request for a jury trial (Dkt. #7), plaintiff has not returned a signed complaint or IFP application. Nor has he otherwise responded to the Court regarding the filing deficiencies.

Accordingly, this action is dismissed without prejudice. *See Digirolamo v. Sargent*, 699 F. App'x 84, 85 (2d Cir. 2017). The Clerk of Court is respectfully requested to mail this order to the address of record and close this case.

SO ORDERED.

                                                                 */s/ Rachel Kovner*
                                                                 RACHEL P. KOVNER
                                                                 United States District Judge

Dated:  Brooklyn, New York
         August 3, 2021